| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JOHN DAVENPORT, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:10-CV-695
§
FIDELITY NATIONAL PROPERTY §
AND CASUALTY INSURANCE §
COMPANY, §
§
    Defendant. §

## MEMORANDUM ORDER

The court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive motions. On February 27, 2012, Judge Giblin issued a report and recommendation on the defendant's motion for summary judgment. He recommended that the Court grant the motion and dismiss the plaintiff's claims in their entirety.

No party has objected to the magistrate judge's recommendation. After review, the Court finds that Judge Giblin's findings and recommendations should be accepted. Based upon the magistrate judge's findings of fact and recommended disposition, the Court ORDERS that the report and recommendation (#22) is ADOPTED. The Court further ORDERS that the defendant's motion for summary judgment (#15) is GRANTED. The Court will enter final judgment separately.

SIGNED at Sherman, Texas, this 19th day of March, 2012.

                                                             */s/ Marcia A. Crone*
                                                           MARCIA A. CRONE
                                          UNITED STATES DISTRICT JUDGE